UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
NXIVM CORPORATION,

                Plaintiff,          13-CV-6577

      v.                                     **ORDER**

TONI FOLEY, JOSEPH O'HARA, JOHN TIGHE,
SUZANNA ANDREWS, JAMES ODATO, AND
JOHN DOES 1-59,

                Defendants,
_____

    By Order dated November 10, 2014, I granted defendants' motion to transfer this action to the United States District Court for the Northern District of New York (the "Northern District"). I specifically provided in that Order that all motions then pending before this court would be heard and decided by the Northern District.

    By letter dated November 11, 2014, counsel for the plaintiff seeks clarification of this Court's Order. Specifically, Counsel is concerned that in transferring this action, the Court administratively denied all previously pending motions as moot.

    The parties are advised that the dismissal of those motions was for administrative purposes only as required procedure for transferring the case to the Northern District. Therefore, in the interest of clarity, the Northern District will consider and decide all motions that were previously pending before this court and all scheduling requests pertaining to those motions shall be directed to the Northern District.

    **ALL OF THE ABOVE IS SO ORDERED.**

                                  S/Michael A. Telesca
                                  _____
                                  HON. MICHAEL A. TELESCA
                                  United States District Judge

Rochester, New York
Dated: November 12, 2014